1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  300 South First Street, Suite 342
   San Jose, California 95113
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Emails: tanya@moorelawfirm.com
          service@moorelawfirm.com
5
   Attorney for Plaintiff,
6  Gerardo Hernandez

7

8                       UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10

11  GERARDO HERNANDEZ,                           )   No.  3:23-cv-00529-AMO
                                                 )
12            Plaintiff,                         )   **STIPULATION FOR DISMISSAL OF**
                                                 )   **ACTION**
13      vs.                                      )
                                                 )
14  PUERTO A. INC. dba PUERTO AZUL               )
    RESTAURANT, et al.,                          )
15                                               )
              Defendants.                        )
16                                               )
                                                 )
17                                               )
                                                 )
18                                               )
                                                 )
19                                               )
                                                 )
20

21        **IT IS HEREBY STIPULATED** by and between Plaintiff Gerardo Hernandez and

22  Defendants, Puerto A. Inc.; Sandra Orozco; Jose Eduardo Orozco; Peter Moutzouridis, Co-

23  Trustee of the Moutzouridis Family Living Trust; Ioanna Moutzouridis, Co-Trustee of the

24  Moutzouridis Family Living Trust; Spilios Boumis, Co-Trustee of the Spilios Boumis & Vicki

25  Boumis Revocable Family Living Trust of 2008; and Vicki Boumis, Co-Trustee of the Spilios

26  Boumis & Vicki Boumis Revocable Family Living Trust of 2008 ("Defendants"), the parties to

27  this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the action be

28  dismissed with prejudice. Each party is to bear its own attorneys' fees and costs.

| | |
|---|---|
| Dated: December 11, 2023 | MOORE LAW FIRM, P.C. |
| | */s/ Tanya E. Moore* |
| | Tanya E. Moore |
| | Attorney for Plaintiff, |
| | Gerardo Hernandez |
| | |
| Dated: December 11, 2023 | ALVARENGA LAW |
| | |
| | */s/ Dania Marie Baker* |
| | Dania Marie Baker |
| | Attorney for Defendants, |
| | Puerto A. Inc.; Sandra Orozco; Jose Eduardo Orozco; Peter Moutzouridis, Co-Trustee of the Moutzouridis Family Living Trust; Ioanna Moutzouridis, Co-Trustee of the Moutzouridis Family Living Trust; Spilios Boumis, Co-Trustee of the Spilios Boumis & Vicki Boumis Revocable Family Living Trust of 2008; and Vicki Boumis, Co-Trustee of the Spilios Boumis & Vicki Boumis Revocable Family Living Trust of 2008 |

**ATTESTATION**

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorney for Plaintiff,
Gerardo Hernandez